## FOX v. STATE.
### No. 15195.

Court of Criminal Appeals of Texas.
March 30, 1932.

Geo. P. Hines, of Waxahachie, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for possessing intoxicating liquor; punishment being assessed at two years' confinement in the penitentiary.

The record is before this court without statement of facts or bills of exception. Nothing is presented for review.

We observe that in pronouncing sentence, by oversight, the indeterminate sentence law was not given effect. The sentence will be corrected to direct that appellant be confined in the penitentiary for not less than one nor more than two years.

As thus corrected, the judgment is affirmed.

## OLIVER v. STATE.
### No. 15260.

Court of Criminal Appeals of Texas.
March 30, 1932.

Woodward & Coffee and Jno. B. Littler, all of Big Spring, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is possession of intoxicating liquor for the purpose of sale; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.